IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:05-cr-68 |
| NICK HALTEH, | |
| Defendant. | |

FILED IN OPEN COURT
SEP -6 [2024]
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

### STATEMENT OF FACTS

The United States and the defendant, NICK HALTEH, agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about January 28, 2003, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, Pierre Alvarez, and Milton Jurado conspired with one another to rob S.A.H., whom they knew to be a marijuana dealer, of his personal property.

2. The conspirators arranged to purchase a quantity of marijuana from S.A.H. but did not actually intend to buy the marijuana; rather, their plan was to threaten force, violence, and fear of immediate and future injury to S.A.H. by scaring him with weapons—specifically, a BB gun possessed by the defendant and a firearm, as that term is defined in 18 U.S.C. § 921(a)(3), possessed by Jurado. The defendant knew that Jurado possessed a firearm.

3. Alvarez drove the defendant and Jurado in his car to meet S.A.H. in Fairfax County. Not long after they met up with S.A.H., the conspirators robbed him of approximately one pound of marijuana. According to the plan known by all the conspirators, Jurado used and carried the firearm to interfere with commerce by robbery.

4.Jurado's using and carrying of the firearm during and in relation to the robbery of S.A.H. was foreseeable to the defendant as a necessary consequence of the conspiracy to rob S.A.H.

5.Jurado used the firearm to shoot S.A.H. in the head during the course of the robbery. Thereafter, the conspirators left S.A.H. on the side of the road and drove away in Alvarez's car with the marijuana taken during the robbery.

6.This Statement of Facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

7.The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: 9/6/24By: *Alex Blanchard*
Alexander E. Blanchard
Nicholas A. Durham
Assistant United States Attorneys

Defendant's Signature: After consulting with my attorneys and pursuant to the Plea Agreement entered into this day between me and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____  9/5/24
Nick Halteh
Defendant


Defense Counsel's Signature: We are Bernadette M. Donovan and Matthew L. Engle, the defendant's attorneys. We have carefully reviewed the above Statement of Facts with him. To our knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____  9/5/24
Bernadette M. Donovan, Esq.
Matthew L. Engle, Esq.
Counsel for the Defendant

3